APPEAL No. 76-276. AUGUSTINE BRIMBAU *v.* AUSDALE EQUIPMENT RENTAL CORP. Petition for reargument is granted, limited to the question of whether the new trial

should be on the issue of liability only and not on damages. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia, Joseph A. Kelly*, for plaintiff. *Higgins, Cavanagh & Cooney, Kenneth P. Borden*, for defendant.